748

In the Matter of E.S., Respondent, v P.D., Appellant.

Submitted May 22, 2006; decided June 29, 2006

Motion for leave to appeal denied upon the ground that an appeal lies as of right (*see* CLPR 5601 [b] [1]).

In the Matter of ROBERT GORGHAN, Appellant, v PATRICIA DEANGELIS, as District Attorney of Rensselaer County, et al., Respondents.

Submitted June 19, 2006; decided June 29, 2006

Motion by New York State Association of Criminal Defense Lawyers for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

ERIC PARKER, Appellant, v MOBIL OIL CORPORATION et al., Respondents, and ISLAND TRANSPORTATION CORPORATION et al., Defendants and Third-Party Plaintiffs-Respondents. EXXON MOBIL CORPORATION et al., Third-Party Defendants-Respondents.

Submitted June 26, 2006; decided June 29, 2006

Motion by the Coalition for Litigation Justice, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

ERIC PARKER, Appellant, v MOBIL OIL CORPORATION et al., Respondents, and ISLAND TRANSPORTATION CORPORATION, et al., Defendants and Third-Party Plaintiffs-Respondents. EXXON MOBIL CORPORATION et al., Third-Party Defendants-Respondents.

Submitted June 26, 2006; decided June 29, 2006

Motion by Chamber of Commerce of the United States of America for leave to file a brief amicus curiae on the appeal

herein granted. Two copies of the brief may be served and 24 copies filed within 10 days.

ERIC PARKER, Appellant, v MOBIL OIL CORPORATION et al., Respondents, and ISLAND TRANSPORTATION CORPORATION et al., Defendants and Third-Party Plaintiffs-Respondents. EXXON MOBIL CORPORATION et al., Third-Party Defendants-Respondents.

Submitted June 26, 2006; decided June 29, 2006

Motion by City of New York et al. for leave to file a brief amici curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within 10 days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON J. BOLLING, Appellant.

Submitted June 12, 2006; decided June 29, 2006

Motion for assignment of counsel granted and Edward J. Nowak, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS GILLIAN, Appellant.

Submitted June 26, 2006; decided June 29, 2006

Motion for assignment of counsel granted and Steven A. Feldman, care of Feldman & Feldman, 626 EAB Plaza—West Tower, 6th Floor, Uniondale, New York 11556, assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DAVOR GOMCIN, Respondent.

Submitted April 24, 2006; decided June 29, 2006